UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED FILED

FEB 27 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIAM VISOR, )<br>)<br>Defendant. ) | No.<br><br>**4:20CR00153 JAR/JMB** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 30, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**WILLIAM VISOR,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of a crime punishable by imprisonment for a term exceeding one year, and the firearm traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney